UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JONATHAN DAKOTA JUSTICE                                                                    PLAINTIFF

v.                                            No. 2:24-cv-2047

EMILY HANUSKA, Johnson County Detention Center ("JCDC");
ELIZABETH WOOLSEY, JCDC;
LIEUTENANT SAMANTHA SMITH, JCDC; and
JAIL ADMINISTRATOR JERMEY BENNETT, JCDC                                  DEFENDANTS

## ORDER

  The Court has received a report and recommendation (Doc. 6) from Chief United States Magistrate Judge Mark E. Ford. The Magistrate Judge recommends that the Court dismiss this case without prejudice for failure to prosecute, because Plaintiff failed to timely submit a completed in forma pauperis application or filing fee and failed to timely inform the Court of his changed address. The deadline to object to the Magistrate Judge's report and recommendation has passed, with no objections having been filed. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

  IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

  IT IS SO ORDERED this 27th day of June, 2024.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE